[Nos. 36025-6-I; 38742-1-I.    Division One.    July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED
G. SWENSON, *Appellant*.

*In the Matter of the Personal Restraint of* ALFRED G.
SWENSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King

County, No. 94-1-02778-2, Faith Enyeart Ireland, J., entered January 3, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.